IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN MAYNOR,

        Plaintiff,

v.                                      CASE NO. 4:13-cv-337-MW/CAS

ANNE C. CONLEY,

        Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 15, filed December 4, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 14, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2), and the Clerk is directed to note on the

1

docket this cause is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii)."

The Clerk shall close the file.

**SO ORDERED on January 2, 2014.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**
